ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 520-8751
E-MAIL: alandlaw@justice.com

August 11, 2009

**VIA ECF**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Morrobel, et al. v . Cahill, et al.</u>
            08 CV 813 (VVP)

Dear Judge Pohorelsky:

    I am the attorney for the plaintiffs in the above-referenced action. I am hereby requesting that Your Honor schedule an infant's compromise hearing in this action at a date convenient for the court. I have enclosed herewith a copy of an order that I will ask the court to sign following the hearing along with the affidavit of the parents and my declaration in support of the application. I shall bring the original signed papers to the hearing for submission to Your Honor.

                                      Very truly yours,

                                      ALAN D. LEVINE

ADL/jb
Enclosure

cc: Gabriel Harvis, Esq.